**Debbie Lee**

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Tuesday, January 3, 2017 10:10 AM |
| **To:** | Lorey Phillips |
| **Cc:** | Garth Robinson; Debbie Lee; David Ankeny; Bruce Cross; Greta Gay |
| **Subject:** | ██████ - Cancellation - Storage only as of January 2017 |

Lorey,

Please start charging ██████ $200 storage fee as of January, 2017. They will store their data on our servers for 3 years.

Thank you.

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**EXHIBIT**
**18**
tabbies

**Debbie Lee**

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Tuesday, January 17, 2017 2:09 PM |
| **To:** | Lorey Phillips |
| **Subject:** | RE: reminder |

Yes, for now.

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:** Lorey Phillips
**Sent:** Tuesday, January 17, 2017 2:02 PM
**To:** Debbie Lee
**Subject:** reminder

What about ████ are we doing the $85 monitoring thing?

1

**Debbie Lee**

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Wednesday, January 18, 2017 1:20 PM |
| **To:** | Lorey Phillips |
| **Subject:** | FW: ███ Final |
| **Attachments:** | ███ Filled Reqs AH per ███ Final REQ Billing Jan 2017.xls |

They pay $75 per hire.

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:** Debbie Lee
**Sent:** Wednesday, January 18, 2017 1:19 PM
**To:** Lorey Phillips
**Subject:** ███ Final

This is a list of reqs that were filled according to ███ This will be their final AH billing. I'm not sure on storage yet.

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

## Debbie Lee

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Wednesday, January 25, 2017 1:57 PM |
| **To:** | ▇▇▇▇▇▇▇▇ |
| **Cc:** | Lorey Phillips |
| **Subject:** | RE: Closed/Unfilled Requisitions as of 12/15/2016 |

I'm sorry ▇▇▇▇ you're correct.  We billed you for Commercial Sales Director Hire, ▇▇▇▇ back in August.  I also notice that we charged you $125 instead of $200.  That was my mistake, don't worry about the difference.

Disregard the invoice for January 17-9920, we will change it to $0.

Please be sure and disposition your Hire for the Assistant Controller requisition, REQ201683104053 and we will invoice you next month when I review your file.

Thanks!

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Wednesday, January 25, 2017 12:01 PM
**To:** Debbie Lee
**Subject:** Re: Closed/Unfilled Requisitions as of 12/15/2016

Hi Debbie,

In reviewing invoice #17-9920, we noticed that we had already been billed for the Commercial Sales Director back in August with invoice #16-8158.  I believe we had to make two reqs for the same position to edit a particular question.  We did make an offer for the Assistant Controller position on 12/16 and it was accepted on 12/20/16.  Would it be easier to revise invoice #17-9920 to reference the Assistant Controller requisition?  Thank you!

Kind regards,

▇▇▇▇▇



-----Original Message-----
From: "Debbie Lee" <dlee@lightbeacon.com>

1

Sent: Friday, December 30, 2016 9:43am
. To: ████████████████████
Cc: "Lorey Phillips" <lphillips@lightbeacon.com>
Subject: Re: Closed/Unfilled Requisitions as of 12/15/2016

Thank you! Happy New Year!

Debbie Lee
Sent from my iPhone

On Dec 30, 2016, at 11:33 AM, ██████████████████████ wrote:

> Hi Debbie,
> I apologize for the delay! The only position that has been filled on that list is the Commercial Sales
> Director. Please let me know if you need anything else!
> Happy New Year!
> Kind regards,
> Camlinh



> On Dec 15, 2016, at 8:29 AM, Debbie Lee <dlee@lightbeacon.com> wrote:
>
> Good morning! Can you take a look at the attached list of closed/unfilled requisitions and
> let me know if you filled them? I'd like to get them finalized and billed before year end.
>
> Thanks!
>
> **Debbie Lee**
> **Director, Applicant Harbor**
> **Lighthouse Compliance Solutions**
> **500 President Clinton Ave., Suite 200**
> **Little Rock, Arkansas 72201**
> **(501)212-1844 office**
> **(501)960-3979 mobile**
> **dlee@lightbeacon.com**
> **http://www.lighthousecompliance.com/**
>
> <Closed Unfilled Requisitions as of 12-15-2016.xls>

**Debbie Lee**

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Monday, January 30, 2017 12:43 PM |
| **To:** | ▇ |
| **Subject:** | RE: Background Check Disclosure and Authorization Forms |

▇ I have it on my list for review today.  But, please know that there is a $250 charge for each new application template.  I waived the fee for the v2 Driver application template I created for you back in October, 2016.

Debbie Lee
Director, Applicant Harbor
Lighthouse Compliance Solutions
500 President Clinton Ave., Suite 200
Little Rock, Arkansas 72201
(501)212-1844 office
(501)960-3979 mobile
dlee@lightbeacon.com
http://www.lighthousecompliance.com/

-----Original Message-----
From: ▇
Sent: Monday, January 30, 2017 12:23 PM
To: Debbie Lee
Subject: RE: Background Check Disclosure and Authorization Forms

Good morning Debbie,

Do you have a date when the application will be update?

Thank you for your time.

-----Original Message-----
From: ▇
Sent: Wednesday, January 25, 2017 9:11 AM
To: 'Debbie Lee'
Subject: FW: Background Check Disclosure and Authorization Forms

Debbie,

Please update accordingly. We do know of the fee to make the changes. Let me know if you have questions and when the application has been update.

Thank you for your time.



1



-----Original Message-----
From: ███████████████████████
Sent: Wednesday, January 25, 2017 8:55 AM
To: ████████████████████████████████
Cc: Ed Kaufman
Subject: FW: Background Check Disclosure and Authorization Forms

Fred-Please put the PDF's of the revised applications in the HR file.
All-please use them effective immediately.  Thanks.  Ed-drivers and non-

-----Original Message-----
From: ████████████████████████████
Sent: Tuesday, January 24, 2017 7:16 PM
To: ████
Cc: ████████
Subject: RE: Background Check Disclosure and Authorization Forms

████
Attached are my suggested changes, in Track Changes in the Word version.
I also have attached a clean version saved as a PDF.
Please let me know if we should discuss.
████

-----Original Message-----
From: ████████████████████████
Sent: Monday, January 23, 2017 2:12 PM
To ████████████
Subject: FW: Background Check Disclosure and Authorization Forms

██████████
I have attached our application for Drivers. Thank you for you time.

██████████

-----Original Message-----
From: Debbie Lee [mailto:dlee@lightbeacon.com]
Sent: Monday, January 23, 2017 10:28 AM
To: ████████
Subject: RE: Background Check Disclosure and Authorization Forms

2

Here is a PDF of your V2 Driver Application template that was created and approved on 11/2/2016.

Debbie Lee
Director, Applicant Harbor
Lighthouse Compliance Solutions
500 President Clinton Ave., Suite 200
Little Rock, Arkansas 72201
(501)212-1844 office
(501)960-3979 mobile
dlee@lightbeacon.com
http://www.lighthousecompliance.com/

-----Original Message-----
From: ███████████████████████████
Sent: Monday, January 23, 2017 9:20 AM
To: Debbie Lee
Cc: ██████████
Subject: Re: Background Check Disclosure and Authorization Forms

No, but our attorney needs to see the application.

Sent from my iPhone

On Jan 23, 2017, at 5:59 AM, Debbie Lee
<dlee@lightbeacon.com<mailto:dlee@lightbeacon.com>> wrote:

Yes. I'll do this morning. Also, if it's language changes like you have on the attached, I can make the changes without creating a new app. But.... the changes will reflect all existing apps. Is that a problem?

Debbie Lee
Sent from my iPhone

On Jan 22, 2017, at 9:45 PM, ██████████████████████████████████████████wrote:

Good Morning Debbie,

Do you have the ability to provide us with a copy of the driver's application in a way we can add edits. See attached with changes we are looking to make in red. The attached is a hard copy of non-driver application.

Thank you for your time.

This email and any attached files may contain confidential information of ██████████and/or its subsidiary or affiliated companies, which is intended for the exclusive use of the addressees. If you are not the intended recipient of this email, please immediately delete the email, and any attached files, and treat them as confidential.
<01.████Employment Application_03.16.2015.pdf>

This email and any attached files may contain confidential information of ██████████and/or its subsidiary or affiliated companies, which is intended for the exclusive use of the addressees. If you are not the intended recipient of this email, please immediately delete the email, and any attached files, and treat them as confidential.

3

**Debbie Lee**

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Wednesday, April 12, 2017 2:09 PM |
| **To:** | ██████ ; Greta Gay |
| **Cc:** | David Ankeny; Garth Robinson |
| **Subject:** | RE:█████████ - CT |

Hello ████, I'm sorry for the delay in my reply to you.  The quote of $500/month flat fee is a reduced rate.  I can agree to reduce the monthly fee to $475 for the first year and then we can discuss an increased amount at that time.

Please let me know if you have further questions.

Thank you.

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:** ████████████████
**Sent:** Wednesday, April 12, 2017 9:07 AM
**To:** Greta Gay
**Cc:** David Ankeny; Debbie Lee
**Subject:** Re: █████████ - CT

OK - thank you!



**From:**   Greta Gay <ggay@lightbeacon.com>
**To:** ████████████████

## Debbie Lee

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Friday, October 6, 2017 4:21 PM |
| **To:** | █████████████ |
| **Cc:** | Garth Robinson |
| **Subject:** | RE: New Oregon Equal Pay Act: Pay History on Applications |

A new application template has a setup fee of $250. Two application templates are included in your initial setup fee. In general, application templates do not change very often.  I am willing to reduce the fee by 50% as a courtesy to you. As long as these are the only change requests, I can get the new template created by this evening and have it active and ready to use for <u>future</u> requisitions. Requisitions that are currently open or have received applications cannot be modified to use a new template.  The system is setup with that model for compliance and legal purposes.

It is 4:25 CST and I will be leaving the office in the next few minutes.  I am willing to work on this tonight if you and ███████approve. As I stated, I will be on vacation next week.

Thanks.


**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:** █████████████████████████
**Sent:** Friday, October 06, 2017 4:06 PM
**To:** Debbie Lee; ███████████
**Subject:** RE: New Oregon Equal Pay Act: Pay History on Applications

Hi Debbie,

Is this not something that █████ can do? Possibly with a quick phone call to show him where/how to change it.

I'm not too excited about the $250 charge. Is that something that we get dinged for every time we make a general format change.

**Kind regards,**

████████████████████

**From:** Debbie Lee [mailto:dlee@lightbeacon.com]
**Sent:** Friday, October 6, 2017 1:57 PM
**To:** ████████████

1

Cc: ████

**Subject:** RE: New Oregon Equal Pay Act: Pay History on Applications

Hi ████ I'm starting my week vacation on Monday. I can get this section modified and a new application template created for you and rush it today if you think you should immediately have it in place. If not, I can have it done early the week of Oct. 16th. There will be a $250 new application template creation fee. Will you use this new template for all locations? Please advise and approve asap. Thank you.

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:** ████████████████████████████
**Sent:** Friday, October 06, 2017 3:53 PM
**To:** Debbie Lee
**Cc:** ████
**Subject:** New Oregon Equal Pay Act: Pay History on Applications
**Importance:** High

Hi Debbie,

There is a new Equal Pay Act that just got passed in Oregon that now prohibits us from asking applicants their previous pay rates or salary history for previous jobs. I thought it would be an easy fix for me to accomplish in the system, but upon looking at it further, it seems that it's best to have you and your team take care of that for us. The "Employment" section just needs to be rebuilt and the new version to *not* include *any* of the following questions:

| Question Code | Question |
|---|---|
| SALARYSTART1 | Starting Base Salary |
| SALARYCURORLAST | Current or Last Base |
| SALARYSTART2 | Starting Base Salary |
| SALARYLAST1 | Last Base Salary (Specify Per Hour or Per Year): |
| SALARYSTART3 | Starting Base Salary |
| SALARYLAST2 | Last Base Salary (Specify Per Hour or Per Year): |
| SALARYSTART4 | Starting Base Salary |
| SALARYLAST3 | Last Base Salary (Specify Per Hour or Per Year): |

Hope this is not too difficult a task, but please let me know if you have any questions, need anything from me, or I can help in any way.

Thank you!!

**Loryn Fugate**

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Wednesday, March 27, 2019 3:20 PM |
| **To:** | ▇▇▇▇▇ |
| **Subject:** | RE: JD Bank Internal App Review and Approval |

I can add a section to allow the employee to upload a resume into the application. Also, I can create a new application template for External candidates to include the resume upload section. Per our System Services Agreement, I'm supposed to charge for my time in creating new application templates. I didn't mention the charge when you requested the internal process setup, I was going to do this as a courtesy. Our typical charge for a new application template is $250. Would you be agreeable to $150 for the new External application setup? I'm a terrible salesperson and I hate to charge anyone extra for anything that I can do to make the application process better in AH. 

I'm going to work on updating the internal app now, everything should be ready by tomorrow. I'll keep you updated.

**Debbie Lee**
**Operations Director**
**Applicant Harbor**
**Lighthouse Compliance Solutions, Inc.**
500 President Clinton Ave., Suite 200
Little Rock, Arkansas 72201
Cell: (501) 960-3979 | Direct (501) 212-1844


AFFIRMATIVE ACTION. POSITIVE RESULTS.


APPLICANT HARBOR
HIRE INTELLIGENCE.

**From:** ▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Wednesday, March 27, 2019 1:23 PM
**To:** Debbie Lee
**Subject:** RE: ▇▇▇ Internal App Review and Approval

Hi Debbie, this looks good! Currently they provide a resume when they are interested in an internal position. Thoughts about requiring them or giving them the option to upload their resume? This would help for the hiring manager.



**Debbie Lee**

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Thursday, June 14, 2018 2:05 PM |
| **To:** | |
| **Subject:** | RE: Substance Abuse Policy |

Wow, that is really long. I'm not sure if the section header will take that many characters. I'm going to do some thinking and come up with a good solution. Give me until Monday afternoon to have this completed for you. Also, I'm not going to charge you for the new template. Usually there is a $250 fee but I'm going to waive it because you are a loyal client. ;-)

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:**
**Sent:** Thursday, June 14, 2018 1:27 PM
**To:** Debbie Lee
**Subject:** RE: Substance Abuse Policy


**From:** Debbie Lee <dlee@lightbeacon.com>
**Sent:** Thursday, June 14, 2018 11:02 AM
**To:**
**Subject:** RE: Substance Abuse Policy

Yes ma'am, I'll work on the new template now. I'll let you know when I have it completed. Can you send the policy to me in Word format?

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:**
**Sent:** Thursday, June 14, 2018 9:35 AM

**To:** Debbie Lee
**Subject:** RE: Substance Abuse Policy

Debbie. I have attached our Substance Abuse Policy.

Can you also require that all future applicants submit a resume when applying?

Thanks.

**From:** Debbie Lee <dlee@lightbeacon.com>
**Sent:** Monday, June 04, 2018 1:59 PM
**To:** Sharon Phillips <sdp@ftn-assoc.com>
**Subject:** RE: Substance Abuse Policy

Yes ma'am, if your drug policy is in your application currently. Also, I will have to create a new template unless you don't care if all existing applications contain the new statement.

**Debbie Lee**
**Director, Applicant Harbor**
**Lighthouse Compliance Solutions**
**500 President Clinton Ave., Suite 200**
**Little Rock, Arkansas 72201**
**(501)212-1844 office**
**(501)960-3979 mobile**
**dlee@lightbeacon.com**
**http://www.lighthousecompliance.com/**

**From:** [redacted]
**Sent:** Monday, June 04, 2018 1:52 PM
**To:** Debbie Lee
**Subject:** Substance Abuse Policy

Debbie. We revised our Drug policy. Do I need to send to you to update our application?



**Debbie Lee**

| | |
|---|---|
| **From:** | Debbie Lee |
| **Sent:** | Tuesday, April 23, 2019 7:09 AM |
| **To:** | ███████████ |
| **Subject:** | Re: Applicant Harbor ATS - ███████████ Services Agreement |

Thanks, ██████. Don't forget, if price is an issue or decision maker, I'm flexible.

Debbie Lee
Sent from my iPhone

On Apr 23, 2019, at 6:40 AM, ████████████████████████ wrote:

> Good Morning Debbie,
> I did have a nice Easter. Thanks for asking. It was finally a nice day up this way. We have had so much rain. Hope all is well with you.
>
> We have not made a decision yet. I have had so many things on my plate this past month that we haven't been able to discuss. I am hoping to get a chance to start making some decisions in a couple of weeks. Thanks for checking in and if you don't hear from me please reach out to me and I will give you an update.
>
> Have a great day!
> ████████
>
> **From:** Debbie Lee <dlee@lightbeacon.com>
> **Sent:** Monday, April 22, 2019 2:32 PM
> **To:** ████████████████████████
> **Subject:** RE: Applicant Harbor ATS - C&A Tool System Services Agreement
>
> Hi ██████ I hope you had a happy Easter. I wanted to follow-up with you and learn if you had made a decision on an applicant tracking system yet. I'd be happy to do another demo or answer any questions for you. Please let me know if I can do anything or provide any other information.
>
> Thank you.
>
> **Debbie Lee**
> **Director, Applicant Harbor Operations**
> **500 President Clinton Ave. Suite 200**
> **Little Rock, Arkansas 72201**
> **(501) 960-3979**
> **dlee@lightbeacon.com**
> **www.lighthousecompliance.com**
> <image001.jpg><image002.jpg>

## Debbie Lee

**From:**     Debbie Lee
**Sent:**     Wednesday, June 19, 2019 5:06 PM
**To:** ███████████
**Subject:**     Re: AAP

GIRL, FINALLY!  We will do it for $2500 per year. That includes Plan delivery on CD, usb or binder or all three along with and audit support. Se can come out snd go over the entire plan and everything beyond the plan you need to do. We will send you the import template of employee data and go over it to point out what is required and items that aren't. You'll love it!

Debbie Lee
Sent from my iPhone

On Jun 19, 2019, at 3:44 PM, ████████████████ wrote:

> Debbie our affirmative action plan is up for renewal in August.  Was going to talk with ███ about the possibility of allowing Lighthouse to prepare our AAP again.
>
> What is your total cost? Is there a different cost if we package it with Applicant Harbor?  We are currently pay $3,600 per year.

