IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEBBIE LEE**                                                                         **PLAINTIFF**

v.                                     **CASE NO. 4:20-CV-00197-BSM**

**LIGHTHOUSE COMPLIANCE
SOLUTIONS INC,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of June, 2022.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE